ATTORNEY GRIEVANCE COMMISSION    \*    IN THE

OF MARYLAND    COURT OF APPEALS

    \*    OF MARYLAND

Petitioner,

    \*

v.    Misc. Docket AG

    \*    No. __67__

GRACE BADOLATO KILCHENSTEIN    September Term, 20 17

    \*

Respondent.

## ORDER

Upon consideration of the Joint Petition for Indefinite Suspension by Consent filed herein pursuant to Maryland Rule 19-736, and Respondent's acknowledgment therein that sufficient evidence exists to sustain allegations that she committed professional misconduct in violation of Rules 1.15, 5.3, 5.5(a) and 8.4(a), (b), and (d) of the Maryland Lawyers' Rules of Professional Conduct, in effect at the time of the misconduct, it is this 14th day of _March_, 2018,

ORDERED, that the Respondent, Grace Badolato Kilchenstein, be and she is hereby indefinitely suspended from the practice of law in the State of Maryland, and it is further

ORDERED, that the Clerk of this Court shall strike the name Grace Badolato Kilchenstein from the register of attorneys, and pursuant to Maryland Rule 19-761, shall certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all clerks of all judicial tribunals in this State.

/s/ Clayton Greene Jr.
_____
Senior Judge